1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

PRINCIPAL LIFE INSURANCE
COMPANY,

                 Plaintiff/Stakeholder,

       vs.

CHRISTINA GAIL MACKAY, MELIAH
BREE MACKAY, and MELINDA MCCOY
a/k/a MELINDA C. CONZELMAN,

            Defendants/Claimants.

CAUSE NO. 3:21-cv-05809-JHC

ORDER RE: MOTION FOR DEPOSIT,
DISCHARGE AND DISMISSAL, AND
AN AWARD OF ATTORNEYS' FEES
AND COSTS

Plaintiff/Stakeholder Principal Life Insurance Company has moved for an Order

authorizing a deposit of the proceeds in the amount of $20,000.00 ("Proceeds") due and

owing under Group Life Insurance Policy No. GL 1061503 ("Group Policy") issued by the

Plaintiff to Railroad Materials Salvage, Inc. DBA RMSI on the life of Richard John MacKay,

into the registry of the Court, discharging Plaintiff upon deposit and for an award of fees and

costs in the amount of $5,346.03.  Dkt. # 20.  The motions is unopposed.  For good cause

shown, based on the pleadings submitted in this matter, it is ordered:

       1.     Plaintiff's motion is GRANTED.

ORDER RE: MOTION FOR DEPOSIT, DISCHARGE AND
DISMISSAL, AND AN AWARD OF ATTORNEYS' FEES AND
COSTS (3:21-cv-05809-JHC) - 1

2.     Plaintiff is granted leave to deposit the Proceeds in the amount of $20,000.00 into the registry of the Court within twenty-one (21) days of entry of this order;

3.     Upon deposit of the Proceeds, Plaintiff is discharged from all liability under the applicable Group Policy and on the life of the Decedent Richard John Mackay and is dismissed from this proceeding with prejudice;

4.     The Defendants/Claimants Christina Gail Mackay, Meliah Bree Mackay and Melinda McCoy aka Melinda C. Conzelman are enjoined from instituting a proceeding in any state or federal court or administrative tribunal in connection with the Proceeds due under the Group Policy on account of the death of the insured, Richard John Mackay, deceased, and said injunction issues without bond or security; and

5.     Plaintiff is awarded its reasonable fees and costs in prosecuting this interpleader in the amount of $5,346.03.

Dated: July 15, 2022                By: ___*John H. Chun*___
                                       U.S. District Court Judge
                                       John H. Chun