UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff/Stakeholder,<br><br>     v.<br><br>CHRISTINA GAIL MACKAY, MELIAH BREE MACKAY, and MELINDA MCCOY a/k/a MELINDA C. CONZELMAN,<br><br>            Defendants/Claimants. | CASE NO. 3:21-cv-05809-JHC<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court sua sponte.

On June 23, 2022, Plaintiff/Stakeholder Principal Life Insurance Company filed an unopposed Motion for Deposit, Discharge and Dismissal, and an Award of Attorneys' Fees and Costs. Dkt. # 20. On July 15, 2022, the Court issued an order granting the motion. Dkt. # 22. In that order, the Court granted Plaintiff leave to deposit proceeds in the amount of $20,000.00 into the registry of the Court within twenty-one (21) days of entry of the order. *Id.* The Court ordered that, upon deposit of the proceeds, Plaintiff would be discharged from all liability under the applicable Group Policy and on the life of the Decedent Richard John Mackay and would further be dismissed from this proceeding with prejudice. *Id.* The Court further ordered that Defendants/Claimants Christina Gail Mackay, Meliah Bree Mackay and Melinda McCoy aka

ORDER TO SHOW CAUSE - 1

Melinda C. Conzelman be enjoined from instituting a proceeding in any state or federal court or administrative tribunal in connection with the proceeds due under the Group Policy on account of the death of the insured. *Id.* Lastly, the Court awarded Plaintiff reasonable fees and costs in prosecuting the interpleader in the amount of $5,346.03. *Id.*

As of the date of this Order, Plaintiff has not deposited the proceeds into the Court's registry. *See generally* Dkt. Therefore, the Court hereby ORDERS that, not later than Friday, August 26, 2022, counsel for Plaintiff shall show cause in writing why the injunction in this case should not be vacated.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 16th day of August, 2022.

*John H. Chun*
John H. Chun
United States District Judge