UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>           Plaintiff/Stakeholder,<br><br>vs.<br><br>CHRISTINA GAIL MACKAY, MELIAH BREE MACKAY, and MELINDA MCCOY a/k/a MELINDA C. CONZELMAN,<br><br>           Defendants/Claimants. | CAUSE NO. 3:21-cv-05809-JHC<br><br>AMENDED ORDER RE: MOTION FOR DEPOSIT, DISCHARGE AND DISMISSAL, AND AN AWARD OF ATTORNEYS' FEES AND COSTS |

Plaintiff/Stakeholder Principal Life Insurance Company has moved for an Order authorizing a deposit of the proceeds in the amount of $20,000.00 ("Proceeds") due and owing under Group Life Insurance Policy No. GL 1061503 ("Group Policy") issued by the Plaintiff to Railroad Materials Salvage, Inc. DBA RMSI on the life of Richard John MacKay, into the registry of the Court, discharging Plaintiff upon deposit and for an award of fees and costs in the amount of $5,346.03 to be deducted from the Proceeds.  Dkt. # 20.  For good cause shown, based on the pleadings submitted in this matter, it is ordered:

1. Plaintiff's motion is GRANTED.

2.  Plaintiff is awarded its reasonable fees and costs in prosecuting this interpleader in the amount of $5,346.03 to be deducted from the Proceeds.

3.  Plaintiff is granted leave to deposit the balance of the Proceeds in the amount of $14,653.97 plus accrued interest in the amount of $1,737.99 for a total amount of $16,391.96 into the registry of the Court;

4.  Upon deposit of the amount of $16,391.96 as set out in paragraph 3 above, Plaintiff is discharged from all liability under the applicable Group Policy and on the life of the Decedent Richard John Mackay and is dismissed from this proceeding with prejudice;

5.  The Defendants/Claimants Christina Gail Mackay, Meliah Bree Mackay and Melinda McCoy aka Melinda C. Conzelman are enjoined from instituting a proceeding in any state or federal court or administrative tribunal in connection with the Proceeds due under the Group Policy on account of the death of the insured, Richard John Mackay, deceased, and said injunction issues without bond or security; and

Dated: November 7, 2022          By: _____
                                      U.S. District Court Judge
                                      John H. Chun