UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>Vs.<br><br>CHRISTINA GAIL MACKAY, MELIAH BREE MACKAY, and MELINDA MCCOY aka MELINDA C. CONZELMAN,<br><br>Defendants. | No. 3:21-cv-05809<br><br>ORDER TO DISBURSE FUNDS AND TO DISMISS THE CASE |

## **ORDER ON STIPULATED MOTION TO DISMISS THE CASE**

On consideration of the Stipulated Agreement of the parties to Dismiss this interpleader matter, the Court hereby GRANTS the motion, and orders disbursement of funds in the amount of $16,391.96 plus accrued interest.

The clerk is authorized and directed to draw a check on the

funds deposited in the registry of this court, in the principal amount of $4,097.99 plus 25% of all accrued interest, payable to Christina Gail MacKay And Meliah Bree MacKay and mail or deliver the check(s) to Christina Gail and Meliah Bree MacKay at 11218 NE 86th Cir, Vancouver, WA 98662.

The clerk is authorized and directed to draw a check on the funds deposited in the registry of this court, in the principal amount of $12,293.97 plus 75% of all accrued interest, payable to Law Office of Holly Henson PS on behalf of Melinda Conzelman and mail or deliver the check(s) to Law Office of Holly Henson PS at PO Box 39586, Lakewood, WA 98496.

The Court hereby Orders the case to be dismissed with prejudice.

Dated this 17th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE JOHN CHUN